UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MIGUEL VILLANUEVA,

                Plaintiff(s)                                09 civ 750 (JGK)

         -against-                            ORDER OF DISCONTINUANCE

NEW YORK CITY POLICE OFFICER LEZCANO, et al.,
                Defendant(s).
-----------------------------------------------------------------X

It having been reported to this Court that the plaintiff wishes to withdraw this action,

It is, on this **19th** day of **August,** 2009, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within **30** days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

                                                                   JOHN G. KOELTL
                                                   UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        August 19, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/09